RUBIN, FIORELLA & FRIEDMAN LLP
Michael E. Stern (MS 9113)
292 Madison Avenue, 11th Floor
New York, NY 10017
(212) 953-2381
Attorneys for Petitioners
City of New York, Department of
Environmental Protection and Miller's Launch, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE COMPLAINT

Of

MILLER'S LAUNCH, INC., as owner of a 1978 31-foot motor vessel, and CITY OF NEW YORK, DEPARTMENT OF ENVIRONMENTAL PROTECTION, as owner, and MILLER'S LAUNCH, INC., as bareboat charterer or owner *Pro Hac Vice*, of a 1994 34-foot motor vessel, for Exoneration from or Limitation of Liability,

    Petitioners.

Civil Action No.: 1:10-cv-00872 (BMC)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL COUNSEL OF RECORD:

Enter my appearance as counsel for Petitioners **CITY OF NEW YORK, DEPARTMENT OF ENVIRONMENTAL PROTECTION and MILLER'S LAUNCH, INC.**

Dated:  New York, New York
        May 14, 2010

                                RUBIN, FIORELLA & FRIEDMAN LLP
                                Attorneys for PETITIONERS

                                By:____/S/Michael Stern_____
                                      Michael E. Stern (MS 9113)
                                292 Madison Avenue
                                New York, New York  10017
                                (212) 953-2381
                                Our File No.: 668-13783