UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN THE MATTER OF THE COMPLAINT,

               of

MILLER'S LAUNCH, INC., as owner of a 1978 31-foot
motor vessel, and CITY OF NEW YORK,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, as owner, and MILLER'S LAUNCH,
INC., as bareboat charterer or owner Pro Hac Vice, of a
1994 34-foot motor vessel, for Exoneration from or
Limitation of Liability,

               Petitioners.
------------------------------------------------------------------X
THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, and MILLER'S LAUNCH, INC.

               Third Party Plaintiffs,

    -against-

GAETA INTERIOR DEMOLITION, INC.,

               Third Party Defendant.
------------------------------------------------------------------X

**RULE 7.1 DISCLOSURE**

10-CV-00872
(BMC)

      Pursuant to the Rule 7.1 (Formerly Local General Rule 1.9) of the Local Rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GAETA INTERIOR DEMOLITION, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

1.    None.

Dated: Brooklyn, New York
September 16, 2010

                                            Yours etc.,
                                            The Law Offices of Edward Garfinkel
                                            Attorneys for Third-Party Defendant,
                                            GAETA INTERIOR DEMOLITION, INC.

                                            By: _____
                                                William A. Prinsell ("WAP-0047)
                                            12 Metrotech Center, 28th Floor
                                            Brooklyn, New York 11201-3837
                                            (718) 250-1100
                                            Our File # NYNY 29075

TO:    Raphaelson & Levine Law Firm, P.C.
        Attorneys for Claimant
        14 Penn Plaza, Suite 407
        New York, NY 10122
        (212) 268-3222

        Rubin, Fiorella & Friedman LLP
        Attorneys for Defendant-Third-Party Plaintiffs
        THE CITY OF NEW YORK and NEW YORK
        CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION
        292 Madison Avenue, 11th Floor
        New York, NY 10017
        (212) 953-2381