09/30/2010 22:41 7182735488 GAETA PAGE 01
Case 1:10-cv-00872-BMC Document 28 Filed 10/06/10 Page 1 of 2
Case 1:10-cv-00872-BMC Document 27-1 Filed 10/01/10 Page 1 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

IN THE MATTER OF THE COMPLAINT,

                Plaintiffs,

-against-

MILLER'S LAUNCH, INC., as owner of a 1978
31-foot motor vessel, and CITY OF NEW YORK,
DEPARTMENT OF ENVIRONMENTAL PROTECTION,
As owner, and MILLER'S LAUNCH INC., as bareboat
chartorer or owner Pro Hac Vice, of a 1994 34-foot
motor vessel, for Exoneration from or Limitation of Liability,

                Defendants.

*Substitution of Attorney*

10-cv-00872
(BMC)

------------------------------------------------------------x

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL PROTECTION,
and MILLER'S LAUNCH, INC.,

                Third-Party Plaintiffs,

-against-

GAETA INTERIOR DEMOLITION, INC.,

                Third-Party Defendant,

------------------------------------------------------------x

IT IS HEREBY CONSENTED AND AGREED, that Wade Clark Mulcahy, by Cheryl Fuchs, Esq., be substituted as attorney of record for the undersigned party in the above entitled action in place and stead of The Law Offices of Edward Garfinkel by William A. Prinsell, Esq. as of the date hereof.

Dated: New York, New York
        September 29, 2010

The Law Offices of Edward Garfinkel

By: William A. Prinsell (WAP-0047)
Retiring Attorney for

Wade Clark Mulcahy

By: Cheryl Fuchs (CF1116)
Incoming Attorney for

Gaeta Interior Demolition, Inc.
12 Metrotech Center, 28th Floor
Brooklyn, New York 11201-3837
(718) 250-1100

_[signature]_
Gaeta Interior Demolition Inc.
By: Dennis Gaeta

Gaeta Interior Demolition, Inc.
111 Broadway, 9th Floor
New York, New York 10006
(212) 267-1900

Sworn to Before Me This
1 day of Oct, 2010

_[signature]_
NOTARY PUBLIC

Jessica S. Gaeta
Commissioner of Deeds
City of New York - No. 5-1591
Certificate Filed in Richmond County
Commission Expires on July 1, 20__

SO ORDERED: 10/4/10

S/BMC

Brian M. Cogan, U.S.D.J.